NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OWEN D. DENSON, JR., aka HIKIM
SHABAZZ,

    Appellant,

v.                  Case No. 2D18-1479

STATE OF FLORIDA,

    Appellee.
_____

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Owen D. Denson, Jr., pro se.


PER CURIAM.

   Affirmed.  See Denson v. State, 181 So. 3d 490 (Fla. 2d DCA 2015) (table

decision); Denson v. State, 140 So. 3d 586 (Fla. 2d DCA 2013) (table decision); Denson

v. State, 70 So. 3d 593 (Fla. 2d DCA 2011) (table decision); Harris v. State, 777 So. 2d

994 (Fla. 2d DCA 2000).


SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.